**Appeal Dismissed and Memorandum Opinion filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00795-CV

### ASSET RES SERVICES, LLC, Appellant

### V.

### PARADIGM RECOVERY AND REMARKETING LLC AND SONIA RODRIGUEZ, Appellees

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1140142**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed August 23, 2022. Although appellant contends a premature notice of appeal became effective on that date, appellant filed an amended notice of appeal on October 24, 2022, after having filed a motion requesting reconsideration of that judgment and a new trial on September 22, 2022.

Appellant has not paid the filing fee of $205.00, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. On December 20, 2022, the court ordered appellant to pay the filing fee on or before December 30, 2022, and further warned appellant that if it did not do so, the appeal was subject to dismissal without further notice. *See* Tex. R. App. P. 5. As of the date of this opinion, appellant has not paid the filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with court order or notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.